EDWARD M. ROBBINS, Jr.
State Bar No. 08314
Hochman Salkin Rettig Toscher &
  Perez, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Phone: (310) 281-3200
Fax: (310) 859-1430
E-Mail: EdR@taxlitigator.com

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-CR-00199-AWI |
| Plaintiff, | ORDER CONTINUING DATE FOR SENTENCING |
| v. | |
| | Current Date: October 3, 2011 |
| SEAN CROWTHER ROBERTS and NADIA ROBERTS, | New Date: November 14, 2011 |
| Defendants. | Time: 9:00 AM |
| | Courtroom: 2 |
| | Chief Judge Anthony W. Ishii |

PURSUANT TO THE STIPULATION OF THE PARTIES, good cause appearing, it is ordered that the Sentencing now set for October 3, 2011 at 9:00 AM before Chief Judge Anthony W. Ishii may be continued until November 14, 2011 at the same place and time of day.

IT IS SO ORDERED.

Dated: ____September 9, 2011____  _/s/ A.W. Ishii_
CHIEF UNITED STATES DISTRICT JUDGE

SECOND ORDER CONTINUING DATE FOR SENTENCING