Nina Marino, Esq., SBN. 142815
KAPLAN MARINO, PC
9454 Wilshire Blvd., Suite 500
Beverly Hills, California 90212
Tel:   (310) 557-0007
Fax:   (310) 275-4651
E-mail: marino@kaplanmarino.com

Edward M. Robbins, Jr., Esq., SBN. 08314
HOCHMAN SALKIN RETTIG TOSCHER &
PEREZ, P.C.
9150 Wilshire Blvd., Suite 300
Beverly Hills, CA 90212
Tel:   (310) 281-3200
Fax:   (310)859-1430
E-mail: EdR@taxlitigator.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SEAN CROWTHER ROBERTS and<br><br>NADIA ROBERTS,<br><br>　　　　Defendant. | Case No.: 1:11-cr-00199-AWI<br><br>[PROPOSED] ORDER CONTINUING DATE FOR SENTENCING<br><br>Current Date: April 2, 2012<br><br>New Date:　　July 9, 2012<br><br>Time:　　　　11:00 a.m.<br><br>Courtroom:　　2<br>Chief Judge Anthony W. Ishii |

　　　　PURSUANT TO THE STIPULATION OF THE PARTIES, good cause having been shown, it is ordered that the Sentencing now set for April 2, 2012 at 11:00 a.m. before Chief Judge Anthony W. Ishii is continued until July 9, 2012 at 11:00 a.m. at the same place.

IT IS SO ORDERED.

Dated:　March 6, 2012　　　　　　　_____
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE