Nina Marino, Esq., SBN. 142815
KAPLAN MARINO, PC
9454 Wilshire Blvd., Suite 500
Beverly Hills, California 90212
Tel:   (310) 557-0007
Fax:   (310) 275-4651
E-mail: marino@kaplanmarino.com

Edward M. Robbins, Jr., Esq., SBN. 08314
HOCHMAN SALKIN RETTIG TOSCHER & PEREZ, P.C.
9150 Wilshire Blvd., Suite 300
Beverly Hills, CA 90212
Tel:   (310) 281-3200
Fax:   (310)859-1430
E-mail: EdR@taxlitigator.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SEAN CROWTHER ROBERTS and <br><br> NADIA ROBERTS, <br><br> Defendant. | Case No.: 1:11-cr-00199-AWI <br><br> ORDER CONTINUING DATE FOR SENTENCING <br><br> Current Date:  July 9, 2012 <br><br> New Date:     July 30, 2012 <br><br> Time:         11:00 a.m. <br><br> Courtroom:    2 <br> Chief Judge Anthony W. Ishii |

///

///

///

///

///

///

1      PURSUANT TO THE STIPULATION OF THE PARTIES, good cause having been shown, it
2 is ordered that the Sentencing now set for July 9, 2012 at 11:00 a.m. before Chief Judge Anthony W.
3 Ishii may be continued until July 30, 2012 at 11:00 a.m. at the same place.

IT IS SO ORDERED.

Dated:   June 12, 2012

                                       CHIEF UNITED STATES DISTRICT JUDGE