1  NINA MARINO, ESQ. State Bar No. 142815
   KAPLAN MARINO, PC
2  9454 Wilshire Boulevard, Suite 500
   Beverly Hills, California 90212
3  Phone  (310)557-0007
   Fax    (310) 275-4651
4  Email: marino@kaplanmarino.com

5  Attorney for Defendants
   SEAN and NADIA ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-00199-AWI |
| Plaintiff, | NOTICE AND REQUEST TO SEAL DOCUMENTS; |
| v. | MEMORANDUM OF POINTS AND AUTHORITIES |
| SEAN and NADIA ROBERTS, | |
| Defendants. | |

PLEASE TAKE NOTICE,

Defendants, SEAN and NADIA ROBERTS, through counsel NINA MARINO, respectfully requests that Defendant's Sentencing Memorandum be filed *Under Seal*. The reason for this request is that Defendant's Sentencing Memorandum contains confidential and privileged information regarding the defendant's physical and mental health.

Dated: July 16, 2012                                  Respectfully Submitted,

                                                      KAPLAN MARINO, P.C.,


                                                       /s/:
                                                      _____
                                                      NINA MARINO
                                                      Attorney for SEAN and NADIA ROBERTS

**REQUEST TO SEAL DOCUMENTS**

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## ARGUMENT

This court has plenary supervisory power to seal documents under appropriate circumstances. *See* United States v. Mann, 829 F. 2d 849, 853 (9th Cir. 1987). In re Sealed Affidavit(s) to Search Warrants, 600 F2d. 1256, 1257 (9th Cir. 1979); E.D. Cal. Local Rule 141 (party may request court to seal filed documents). Although there is a strong presumption of public access to court records, this presumption may be overcome where there is a likelihood of improper use of the material, including use for scandalous or libelous purposes, or where public access would infringe on the privacy or fair trial rights. Valley Broadcasting Co., v. United States Dist. Ct., 798 F. 2d 1289, 1294 (9th Cir. 1986); See Hagestad v. Tragesser, 49 F.3d 1430, 1434 (9th Cir. 1995). To determine whether the presumption of access is overcome, courts should balance the likelihood of inappropriate use with the public's interest in understanding the judicial process. Valley Broadcasting Co., 798 F 2d at 1294. A Court should consider all relevant factors and "base its decision on compelling reason and articulate the factual basis for its ruling without relying on hypothesis or conjecture." Hagestad, 49 F. 3d at 1343.

Defendant's Sentencing Memorandum contains confidential and privileged information regarding the defendant's physical and mental health. By contrast, it contains nothing of any appreciable interest to the general public. These circumstances support placing the Defendant's Sentencing Memorandum *Under Seal*.

## II.

## CONCLUSION

In light of the foregoing argument, SEAN and NADIA ROBERTS respectfully request that the Court grant the request to seal. Alternate proposed orders are submitted herewith.

Dated:   July 16, 2012             Respectfully Submitted,

                                   KAPLAN MARINO, P.C.

                                   /s/:
                                   _____
                                   NINA MARINO
                                   Attorney for SEAN and NADIA ROBERTS

**REQUEST TO SEAL DOCUMENTS**

1  NINA MARINO, ESQ. State Bar No. 142815
   KAPLAN MARINO, PC
2  9454 Wilshire Boulevard, Suite 500
   Beverly Hills, California 90212
3  Phone  (310)557-0007
   Fax    (310) 275-4651
4  Email: marino@kaplanmarino.com

5  Attorney for Defendants
   SEAN and NADIA ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-00199-AWI |
| Plaintiff, | ORDERS, IN THE ALTERNATIVE |
| v. | |
| SEAN and NADIA ROBERTS, | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the document, Defendant's Sentencing Memorandum, shall be filed *Under Seal*.

IT IS SO ORDERED.

Dated:   July 23, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE