NINA MARINO, ESQ. State Bar No. 142815
KAPLAN MARINO, PC
9454 Wilshire Boulevard, Suite 500
Beverly Hills, California 90212
Phone (310)557-0007
Fax (310) 275-4651
Email: marino@kaplanmarino.com

Attorney for Defendants
SEAN and NADIA ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN and NADIA ROBERTS,<br><br>Defendants. | Case No. 1:11-cr-00199-AWI<br><br>ORDER |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the document, Defendant's Reply to Government's Second Supplemental Sentencing Memorandum, Declaration of Nina Marino, shall be filed *Under Seal*.

IT IS SO ORDERED.

Dated: August 3, 2012

CHIEF UNITED STATES DISTRICT JUDGE