Nina Marino, SBN 142815
KAPLAN MARINO, P.C.
9454 Wilshire Blvd., Suite 500
Beverly Hills, CA 90212
Telephone:   (310) 557-0007
Facsimile:   (310) 275-4651
Email:       marino@kaplanmarino.com

Edward M. Robbins, Jr., SBN 08314
HOCHMAN SALKIN RETTIG TOSHER & PEREZ, PC
9150 Wilshire Blvd., Suite 300
Beverly Hills, CA 90212
Telephone:   (310) 281-3200
Facsimile:   (310) 859-1430
Email:       EdR@taxlitigator.com

Attorney for Defendants
SEAN and NADIA ROBERTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA<br><br>Plaintiff,<br><br>v.<br><br>SEAN ROBERTS AND NADIA ROBERTS,<br><br>Defendants. | CASE No. 1:11 CR 00199 AWI<br><br>ORDER |

GOOD CAUSE APPEARING THERFORE,

IT IS HEREBY ORDERED THAT:

    Sean Roberts is to surrender to BOP on April 25, 2013, and

    Nadia Roberts is to surrender to BOP on October 25, 2013.

All other orders to the contrary are hereby revoked.

IT IS SO ORDERED.

Dated: September 5, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE