# CORRECTED

Nina Marino, SBN 142815
KAPLAN MARINO, P.C.
9454 Wilshire Blvd., Suite 500
Beverly Hills, CA 90212
Telephone:      (310) 557-0007
Facsimile:      (310) 275-4651
Email:          marino@kaplanmarino.com

Edward M. Robbins, Jr., SBN 08314
HOCHMAN SALKIN RETTIG TOSHER & PEREZ, PC
9150 Wilshire Blvd., Suite 300
Beverly Hills, CA 90212
Telephone:      (310) 281-3200
Facsimile:      (310) 859-1430
Email:          EdR@taxlitigator.com

Attorney for Defendants
SEAN and NADIA ROBERTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, Plaintiff, v. SEAN ROBERTS AND NADIA ROBERTS, Defendants. | CASE No. 1:11 CR 00199 AWI  CORRECTED ORDER |

GOOD CAUSE APPEARING THERFORE,

IT IS HEREBY ORDERED THAT:

    Sean Roberts is to surrender to BOP on April 25, 2013, and

    Nadia Roberts is to surrender to BOP on October 25, 2012.

# CORRECTED

All other orders to the contrary are hereby revoked.

IT IS SO ORDERED.

Dated: September 11, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE