```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | MARK E. CULLERS
   | Assistant U.S. Attorney
 3 | TIMOTHY J. STOCKWELL
   | Trial Attorney
 4 | Department of Justice, Tax Division
   | 4401 Federal Building
 5 | 2500 Tulare Street
   | Fresno, California 93721
 6 | Telephone: (559) 497-4000
```

FILED
NOV - 6 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:11-CR-00199-AWI |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER RELEASING RESTITUTION PAYMENT TO INTERNAL REVENUE SERVICE |
| SEAN CROWTHER ROBERTS and NADIA ROBERTS, | ) |
| Defendants. | ) |

PURSUANT TO A STIPULATION OF THE PARTIES, good cause appearing, it is ordered that the Clerk of the Court release the restitution payment of Defendants Sean and Nadia Roberts, in the amount of $709,675, to the Internal Revenue Service to satisfy the Court's restitution order. IT IS SO ORDERED.

DATED: 11-6-12

_____
SENIOR JUDGE, UNITED STATES
DISTRICT COURT