Nina Marino, SBN 142815
KAPLAN MARINO, P.C.
9454 Wilshire Blvd., Suite 500
Beverly Hills, CA 90212
Telephone: (310) 557-0007
Facsimile: (310) 275-4651
Email: marino@kaplanmarino.com

Edward M. Robbins, Jr., SBN 08314
HOCHMAN SALKIN RETTIG TOSHER & PEREZ, PC
9150 Wilshire Blvd., Suite 300
Beverly Hills, CA 90212
Telephone: (310) 281-3200
Facsimile: (310) 859-1430
Email: EdR@taxlitigator.com

Attorney for Defendants
SEAN and NADIA ROBERTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA ) | CASE No. 1:11 CR 00199 AWI |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| SEAN ROBERTS AND NADIA ROBERTS, ) | |
| ) | |
| Defendants. ) | |

GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED THAT:

    Sean Roberts is to surrender to BOP on February 12, 2013.

    All other orders to the contrary are hereby revoked.

IT IS SO ORDERED.

Dated: January 24, 2013                       _____
                                                            SENIOR DISTRICT JUDGE

[PROPOSED] ORDER